**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **V.** § | **CRIMINAL NO. 03-212-FJP-CN** |
| § | |
| **JIMMY B. VITELA** § | |

**ORDER**

The defendant's motion for early termination of his supervised release is DENIED. The defendant was only sentenced to serve 18 months and three years of supervised release by the Court. Furthermore, the defendant has only been on supervised release for a short period of time since he was released from the halfway house. The Court believes the defendant should continue to serve the full term of his supervised release at this time.

IT IS SO ORDERED.

Baton Rouge, Louisiana, November 5, 2008.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA